# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOSKINSON,<br><br>                              Plaintiff,<br><br>v.<br><br>FCA US, LLC.; and DOES 1 through 10,<br>inclusive.<br><br>                              Defendants. | Case No.:  22-cv-00624-W-BLM<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL [DOC. 21]** |

Pending before the Court is Plaintiff William Hoskinson's request for dismissal of this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) and considering Defendant FCA US, LLC's acceptance of Plaintiff's offer of judgment. ([Doc. 21], "Motion"; *see* [Doc. 13], "Offer of Judgment".)  Good cause appearing, the Court **GRANTS** the Motion [Doc. 21] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  September 24, 2024

_____
Hon. Thomas J. Whelan
United States District Judge

1